Michael N. JONES, an individual; Jill Jones, an individual; G. J., an individual, Plaintiffs-Appellees,

v.

COUNTY OF LOS ANGELES, Defendant,

and

Dr. Claudia Wang, an individual, Defendant-Appellant.

No. 12-55995

United States Court of Appeals, Ninth Circuit.

Filed January 19, 2018

D.C. No. 2:11-cv-02851-SJO-VBK

Before: N. Randy Smith and Mary H. Murguia, Circuit Judges, and Stephen M. McNamee,* Senior District Judge.

ORDER

The opinion filed September 21, 2015, and appearing at 802 F.3d 990, is withdrawn. It may not be cited as precedent by or to this court or any district court of the Ninth Circuit. The superseding memorandum will be filed concurrently with this order. The petition for rehearing and rehearing en banc filed on December 4, 2015 is denied as moot (Doc. 52). The parties may file additional petitions for rehearing or rehearing en banc.